UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. Tamir Duval
Case No. 21-cr-596

## PETITION FOR WRIT OF HABEAS CORPUS

1. **TAMIR R. DUVAL, DOB 9/23/1998, SBI # 957986E,** is now confined at the Essex County Jail.

2. Said individual will be required to appear via video conference before the Hon. Susan D. Wigenton, United States District Court Judge, in Newark, New Jersey, on Monday, December 20, 2021, at 11:00 a.m., for a **sentencing hearing** on the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: December 15, 2021

/s/ Blake A. Coppotelli
_____
Blake A. Coppotelli
Assistant United States Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: December 15, 2021

_____
Hon. Susan D. Wigenton
United States District Court Judge

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of the Essex County Jail - WE COMMAND YOU, that you have the body of

**TAMIR R. DUVAL, DOB 9/23/1998, SBI # 957986E**

now confined at the Essex County Jail, made available via video conference before the Hon. Susan D. Wigenton, United States District Court Judge, in Newark, New Jersey, on Monday, December 20, 2021, at 11:00 a.m., so that he may have his **sentencing hearing** in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Hon. Susan D. Wigenton
United States District Court Judge
Newark, New Jersey.

DATED: December 15, 2021

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk